THOMAS P. O'BRIEN  JS-6
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
KEVIN B. FINN
Assistant United States Attorney
California Bar Number: 128072
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6830
    Facsimile: (213) 894-7819
    Kevin.Finn@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CV 99-7334 JSL (CWx) |
| Plaintiff, | |
| v. | **CONSENT JUDGMENT** |
| TED BACHURIN, ADA-MARIE BOWERS, et al., | |
| Defendants. | Honorable J. Spencer Letts |

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that pursuant to the Stipulation For Settlement and Consent Judgment filed by plaintiff, the United States of America, and defendant, Thomas Merkel, through their respective counsel, and good cause appearing, judgment shall enter in favor of plaintiff United States of America and against defendant Thomas Merkel on plaintiff's Ejectment cause of action, and

    1. Defendant Thomas Merkel shall hereby be adjudged to be in breach of the terms of the subject Permit for Lot No. 11

of the Santa Ynez Summer Home Tract, which is located within the Santa Barbara Ranger District, and within the Los Padres National Forest, in Santa Barbara County, in that said Permit expired on December 31, 1998, and defendant has continued to occupy and remained in possession of said premises beyond the expiration of said Permit;

2.   Plaintiff United States of America shall hereby be adjudged to have full right and title to, and the exclusive right to occupy and possess the subject Lot No. 11 of the Santa Ynez Summer Home Tract;

3.   Plaintiff United States of America shall hereby be adjudged to have full right to eject defendant Thomas Merkel from said premises, and defendant Thomas Merkel is hereby ordered ejected from said premises, and further ordered to vacate said premises and remove any personal property from said premises forthwith;

4.   Pursuant to the terms of the subject Permit for Lot No. 11 of the Santa Ynez Summer Home Tract, plaintiff United States of America is hereby authorized, at any time after 30 days from the entry of this Judgment, to take possession of the premises and to return the land to its original condition, tearing down any residential structure/cabin on said premises, dismantling or tearing down any other structure or improvement on said premises, removing and disposing of any materials or personal property from said premises;

5.     Upon entry of this Order, any occupants of the subject premises are ordered to vacate the premises and to surrender possession to the United State within 30 calendar days thereafter.  The Forest Service is ordered to give notice of this Order to said occupants immediately upon its entry by the Court.  Until physical possession of the subject premises is transferred to the United States, all occupants of the subject premises shall take reasonable precautions to prevent damage, waste or destruction of the property and any fixtures therein.  In the event that the occupants have not vacated the subject premises by the 31st day after entry of this Order, the United States Marshal's Service or the United States Forest Service or their respective agents and officers shall take exclusive physical possession of the subject premises, removing all persons, pets, livestock, and personal property therefrom by authority of this Consent Judgment without further notice and without further order of this Court;

6.     Plaintiff may take all steps which, in its judgment, are necessary to protect and maintain the premises against damage, waste, and other events which may affect the appearance and structural integrity of the subject property.  Such steps may include, but are not limited to, initiation of unlawful detainer proceedings upon three (3) days notice to any occupants, pursuant to California Civil Procedure Code § 1161 *et seq.*, where the occupants cause or permit damage, waste, and other events which may affect the appearance and

structural integrity of the subject premises without further order of this Court;

7. The United States Forest Service, its law enforcement officers and its agents, or the United States Marshal's Service, its deputies and agents, including any appraiser authorized by said Service, may enter the subject premises and real property for the purpose of conducting any necessary structural and physical inspection, inventory or appraisal between the hours of 8:00 a.m. and 8:00 p.m. upon the entry of this Judgment;

8. Judgment shall be entered in favor of plaintiff, the United States of America and against defendant Thomas Merkel, in the principal sum of $ 15,000.00 (fifteen thousand dollars), as detailed in paragraph G (11) of the Stipulation for Settlement and Consent Judgment filed in this matter, and paragraph 8 of this Consent Judgment, and post-judgment interest at the rate of 10% per annum from the date of entry of judgment. Defendant Thomas Merkel is entitled to a credit for any payments made pursuant to the Payment Schedule in paragraph G (11) of the Stipulation for Settlement and Consent Judgment filed in this matter.

9. If defendant Thomas Merkel did not, or does not, vacate the subject premises as required in paragraph G (21)(a) of the Stipulation for Settlement and Consent Judgment filed in this matter at the end of the three year term detailed in paragraph G (10) of such stipulation, and such holdover is the

```
 1  basis, in whole or in part, for filing of this Consent
 2  Judgment, then the Judgment entered in favor of plaintiff
 3  United States against defendant Thomas Merkel pursuant to
 4  paragraph 8 above is increased by an additional $7,500
 5  (seventy-five hundred dollars) to $22,500 (twenty-two
 6  thousand, five hundred dollars), less any credit for any
 7  payments defendant has made pursuant to the Payment Schedule
 8  in paragraph G (11) of the Stipulation for Settlement and
 9  Consent Judgment filed in this matter.
10  DATED: Feb. 4, 2009                 /s/ Spencer Letts
11                                      _____
                                        J. SPENCER LETTS
12                                      UNITED STATES DISTRICT JUDGE
13
14  APPROVED AS TO FORM AND CONTENT:
15  DATED: October ___, 2005
16
                                        See attached signature page
17                                      Defendant Thomas Merkel
18
19  DATED: October ___, 2005            See attached signature page
                                        CRISTI LYNN MICHELSON
20
                                        Attorneys for Defendant
21                                      Thomas Merkel
```

5